FILE COPY



# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

June 12, 2015

Mr. Brian J. Hansen
Fryer & Hansen, PLLC
1352 West Pecan Boulevard
McAllen, TX 78501
\* DELIVERED VIA E-MAIL \*

Mr. Peter M. Kelly
Kelly, Durham & Pittard, L.L.P.
1005 Heights Boulevard
Houston, TX 77008
\* DELIVERED VIA E-MAIL \*

Ms. Brandy Wingate Voss
Smith Law Group, PC
820 E. Hackberry Avenue
McAllen, TX 78501
\* DELIVERED VIA E-MAIL \*

RE:  Case Number:  14-0067
      Court of Appeals Number:  13-12-00359-CV
      Trial Court Number:  C-2105-07-G

Style:  MIRTA ZORRILLA
            v.
            AYPCO CONSTRUCTION II, LLC AND JOSE LUIS MUNOZ

Dear Counsel:

Today the Supreme Court of Texas issued an opinion(s) and judgment in the above-referenced cause.  You may obtain a copy of the opinion(s) and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx.  On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

FILE COPY



**THE SUPREME COURT OF TEXAS**
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

cc:    Mr. Bryan O. Blevins Jr. (DELIVERED VIA E-MAIL)
       Ms. Laura Hinojosa
       Ms. Dorian E. Ramirez (DELIVERED VIA E-MAIL)
       Mr. Thomas C. Wright (DELIVERED VIA E-MAIL)
       Mr. Frank Gilstrap (DELIVERED VIA E-MAIL)
       Mr. Michael  G. Guajardo (DELIVERED VIA E-MAIL)
       Mr. J. Campbell Barker (DELIVERED VIA E-MAIL)